**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

**DOROTHY B. GRIFFIN,**

       **Plaintiff,**

**v.**                                                     **Civil Action No. 2:05cv728**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

## ORDER

Pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (c) and Rule 72(b) of the Federal Rules of Civil Procedure, as well as Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia, by Order of Reference filed March 9, 2006, the matter was referred to United States Magistrate Judge F. Bradford Stillman for report and recommendation. The Report and Recommendation of the Magistrate Judge was filed on March 5, 2007, and recommends that the defendant's Motion for Summary Judgment be granted and the plaintiff's Motion for Summary Judgment be denied.

By copy of the Report and Recommendation, each party was advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge within ten (10) days from the date the Report and Recommendation was mailed. The court has received no objections from either party and the time for filing objections has expired.

The court adopts and approves in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed March 5, 2007.

Accordingly, it is hereby **ORDERED** that the defendant's Motion for Summary Judgment is **GRANTED**, and further, that the plaintiff's Motion for Summary Judgment is **DENIED**. Therefore, the case is **DISMISSED**.

The Clerk is **REQUESTED** to send a copy of this Order to the pro se plaintiff and to counsel of record for the defendant.  The plaintiff is **ADVISED** that she may appeal from this final Order by forwarding a written notice of appeal to the Clerk of the United States District Court, United States Courthouse, 600 Granby Street, Norfolk, Virginia 23510.  Said written notice must be received by the Clerk within sixty (60) days from the date of this Order.

It is so **ORDERED.**

/s/
Jerome B. Friedman
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
March 23, 2007